ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
Telephone:  212.583.9600
Fax No.:   212.832.2719

SOPHIA B. COLLINS, Bar No. 289318
scollins@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone:  415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
YOURMECHANIC, INC.

ANTHONY J. NUNES, Bar No. 290224
tony@nunesworkerrightslaw.com
NUNES WORKER RIGHTS LAW, APC
15260 Venture Blvd, Suite 1200
Sherman Oaks, CA 91403
Telephone:  530.848.1515
Fax No.:   424.252.4301

Attorneys for Plaintiff
JOSEPH BRELSFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRELSFORD, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOURMECHANIC, INC., a California corporation, d/b/a/ YOURMECHANIC, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.  3:20-cv-04452-EMC<br><br>**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AS TO PLAINTIFF, AND WITHOUT PREJUDICE AS TO ANY OTHER ALLEGEDLY AGGREIVED WORKERS, PURSUANT TO RULE 41(a)(1)(A)(ii); [PROPOSED ORDER]**<br><br>Judge:  Hon. Edward M. Chen<br>Complaint Filed:  July 5, 2020 |

Plaintiff JOSEPH BRELSFORD, ("Plaintiff") and Defendant YOURMECHANIC, INC., ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, on July 5, 2020, Plaintiff filed a Class Action Complaint ("Complaint") in this Court alleging violations of the Fair Labor Standards Act; the California Labor Code and the California Industrial Welfare Commission Wage Orders; the Business and Professions Code; and the California Private Attorneys General Act ("PAGA") (Dkt. 1);

WHEREAS on July 29, 2020, the Parties filed Joint Stipulation to Strike Class and Collective Claims and Stay Case Pending Arbitration of Individual Claims; (Dkt. 10);

WHEREAS on July 30, 2020, the Court granted the Parties' Joint Stipulation to Strike Class and Collective Claims and Stay Case Pending Arbitration of Individual Claims (Dkt. 17);

WHEREAS, on February 16, 2022, the Parties executed a confidential settlement agreement to settle Plaintiff's claims on an individual basis, each party to bear his/its own costs and attorneys' fees incurred.

NOW THEREFORE, the Parties respectfully request that the Court ORDER as follows:

1. The Complaint, and all claims for relief contained therein, shall be dismissed in its entirety, with prejudice as to Plaintiff, and without prejudice as to any other allegedly aggrieved workers, in accordance with the terms of a confidential settlement agreement, pursuant to FRCP 41(a)(1)(A)(ii).

Dated: March 22, 2022

/s/ Sophia Collins
ANDREW SPURCHISE
SOPHIA B. COLLINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
YOURMECHANIC, INC.

Dated: March 22, 2022

/s/ Anthony Nunes
ANTHONY NUNES
NUNES WORKER RIGHTS LAW, APC
Attorneys for Plaintiff
JOSEPH BRELSFORD

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO DISMISS COMPLAINT; [PROPOSED ORDER]   2.   CASE NO. 3:20-CV-04452-EMC

[PROPOSED] ORDER

Having reviewed the foregoing stipulation, and for good cause appearing, the Court hereby grants the Parties' Joint Stipulation To Dismiss Complaint With Prejudice As To Plaintiff, And Without Prejudice As To Any Other Allegedly Aggrieved Workers, and dismisses Case No. 3:20-cv-04452-EMC with prejudice as to Plaintiff, and without prejudice as to any other allegedly aggrieved workers.  Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. EDWARD M. CHEN

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO DISMISS COMPLAINT; [PROPOSED ORDER]   3.   CASE NO.  3:20-CV-04452-EMC